United States District Court
Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7   A. A.,                                      Case No.  25-cv-10891-SK
8           Plaintiff,
9       v.                                      ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**
10  UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,
11
12          Defendants.
13
   Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to
14
the Honorable Yvonne Gonzalez Rogers for consideration of whether *A.A. v. United States of*
15
*America (Federal Bureau of Prisons) et al.*, No. 25-cv-10891-SK is related to *M.R. v. Federal*
16
*Correctional Institution "FCI" Dublin et al.*, No. 22-cv-05137-YGR.
17
   **IT IS SO ORDERED**.
18
Dated: December 23, 2025



SALLIE KIM
United States Magistrate Judge